

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-4-1995

# Industry Network v Armstrong

Precedential or Non-Precedential:

Docket 94-5132

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Industry Network v Armstrong" (1995). *1995 Decisions.* Paper 109.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/109

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


Nos. 94-5132 and 94-5164


THE INDUSTRY NETWORK SYSTEM, INC.

V.

ARMSTRONG WORLD INDUSTRIES, INC.

STEVEN M. KRAMER,
                          Appellant


ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civil Action No. 84-03837)


Argued December 1, 1994

Before:  HUTCHINSON and NYGAARD, <u>Circuit Judges</u>
                and SEITZ, <u>Senior Circuit Judge</u>

ORDER AMENDING OPINION


        It is hereby ordered that the Court's Opinion be corrected as follows:

        On page 4, line 5 of the slip opinion, after the numeral 3 for the footnote, delete the rest of the paragraph to the Roman numeral I.

        On page 8, the next to last line, put a period "." after "misplaced," and delete the rest of the sentence.

        On page 9, line 1, delete "as in Pennsylvania."

                                BY THE COURT

                                <u>/S/ Richard L. Nygaard</u>

                                        Circuit Judge

Dated:  May 4, 1995